# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Mastache,

Plaintiff(s),

v.

East Side Services LLC et al,

Defendant(s).

Case No. 1:21-cv-02511
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Mastache
and against defendant(s) Francisco Salazar, East Side Services LLC, and Lorena Munoz, jointly and severally
in the amount of $15,910.20, itemized as follows, $8,847.80 for amounts due to Mastache under Count I and Count II of her Complaint; and $7,062.40 in attorney's fees and costs ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion for default judgment.


Date: 8/27/2021                                            Thomas G. Bruton, Clerk of Court

                                                           E. Wall, Deputy Clerk